Filed 4/11/16  P. v. Valenzuela CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOSEPH VALENZUELA,<br><br>    Defendant and Appellant. | 2d Crim. Nos. B263815, B263816<br>(Super. Ct. Nos. 2012009502, 2013029092)<br>(Ventura County) |

Joseph Valenzuela pled guilty to resisting a peace officer (Pen. Code § 69.); burglary (§ 459.); three counts of assault with a gun (§ 245, subd. (a) (2).); shooting at an inhabited dwelling (§ 246.); and street terrorism.  (§ 186.22, subd. (a).)  Valenzuela also admitted personal discharge of a firearm during the burglary.  (§§ 12022.53, subds. (b) & (c); 12022.5, subd. (a).)

The trial court sentenced Valenzuela to the upper term of six years on the burglary count, enhanced by 10 years for the gun use allegation; a one year consecutive sentence on each of the assault counts; a one year eight month consecutive sentence on the shooting count; and an eight month consecutive sentence on the street gang and resisting counts for a total of 22 years.  The court gave Valenzuela 1040 days of pre-sentence credits, with conduct credits limited to 15 percent.  (§ 2933.1.)

Valenzuela appealed alleging the conduct credit limitation as error.

We appointed counsel to represent Valenzuela in this appeal. After counsel's examination of the record, he filed an opening brief raising no issues.

On October 21, 2015, we advised Valenzuela by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We received no reply.

We have reviewed the entire record and are satisfied that Valenzuela's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


PERREN, J.

Donald D. Coleman, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.